## Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 11/05/2015

**Case Name:** Robert Morgan v. CIR
**Case Number:** 15-3110

**Docket Text:**
**BRIEF FILED** - PETITIONER BRIEF filed by Mr. Robert A. Morgan. w/service 11/05/2015 , Length: 60 pages. 5 copies made by USCA-8.
**Brief of Commissioner of Internal Revenue due on 12/07/2015** [4334124] [15-3110]

**The following document(s) are associated with this transaction:**
Document Description: pro se appellant brief

**Notice will be mailed to:**

Mr. Robert A. Morgan
P.O. BOX 72
Arnegard, ND 58835

**Notice will be electronically mailed to:**

Mr. Gilbert Steven Rothenberg: appellate.taxcivil@usdoj.gov
Ms. Laurie Snyder: , Appellate.Taxcivil@usdoj.gov,laurie.a.snyder@usdoj.gov