15-3110  Robert Morgan v. CIR

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 11/05/2015

**Case Name:** Robert Morgan v. CIR
**Case Number:** 15-3110

**Docket Text:**
RECORD FILED - APLNT/PET APPENDIX, 1 volumes, Location STL, Comments: 3 copies. [4334126] [15-3110]

**The following document(s) are associated with this transaction:**
Document Description:  None

**Notice will be mailed to:**

Mr. Robert A. Morgan
P.O. BOX 72
Arnegard, ND  58835

**Notice will be electronically mailed to:**

Mr. Gilbert Steven Rothenberg: appellate.taxcivil@usdoj.gov
Ms. Laurie Snyder: , Appellate.Taxcivil@usdoj.gov,laurie.a.snyder@usdoj.gov