APPEARANCE
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

NO. __15-3110__

Robert A. Morgan

vs.

Commissioner of Internal Revenue

**The Clerk will enter my appearance as Counsel for the following party(s): (please specify)** Commissioner of Internal Revenue

s/ Michael J. Haungs (Co-Counsel)
**ATTORNEY NAME**

U.S. DOJ, Tax Division, Appellate Section
**FIRM NAME**

Post Office Box 502
**STREET or P.O. BOX**

Washington, D.C. 20044
**CITY, STATE, ZIP**

(202) 514-4343
**OFFICE PHONE NUMBER**

(202) 514-8456
**FACSIMILE NUMBER**

appellate.taxcivil@usdoj.gov;
**E-MAIL ADDRESS** michael.j.haungs@usdoj.gov

## CERTIFICATE OF SERVICE

☐ I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

☑ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:
Mr. Robert A. Morgan
P.O. Box 72, Arnegard, ND 58835 .

s/ Michael J. Haungs