15-3110  Robert Morgan v. CIR

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 12/14/2015

**Case Name:**   Robert Morgan v. CIR
**Case Number:**   15-3110

**Docket Text:**
Paper copies Appellee/Respondent brief, [4343805-2] filed by CIR 10 paper copies received.
**Reply brief of Robert A. Morgan due 12/29/2015** [4346368] [15-3110]

**The following document(s) are associated with this transaction:**
Document Description:  None

**Notice will be mailed to:**

Mr. Robert A. Morgan
P.O. BOX 72
Arnegard, ND  58835

Mr. William Wilkins
INTERNAL REVENUE SERVICE
Room 3000 IR
1111 Constitution Avenue, N.W.
Washington, DC  20224-0000

**Notice will be electronically mailed to:**

Mr. Michael J. Haungs: appellate.taxcivil@usdoj.gov, Michael.J.Haungs@usdoj.gov
Mr. Gilbert Steven Rothenberg: appellate.taxcivil@usdoj.gov
Ms. Laurie Snyder: , Appellate.Taxcivil@usdoj.gov,laurie.a.snyder@usdoj.gov