# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-3110

Robert A. Morgan

Appellant

v.

Commissioner of Internal Revenue

Appellee

_____

Appeal from The United States Tax Court
(21778-14)
_____

**ORDER**

Appellant's motion for extension of time to file the reply brief is granted. Appellant may have until January 19, 2016 to file the brief.

December 28, 2015

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans