# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-3110

Robert A. Morgan

Appellant

v.

Commissioner of Internal Revenue

Appellee

_____

Appeal from The United States Tax Court
(21778-14)
_____

**ORDER**

Appellant's motion to file the reply brief out of time is granted.  The Clerk is directed to file appellant's reply brief as of this date.

January 25, 2016

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans