## Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 01/25/2016

**Case Name:** Robert Morgan v. CIR
**Case Number:** 15-3110

**Docket Text:**
RECORD FILED - SUPPLEMENTAL APNDX, 1 volumes, Comments: 3 copies [4359322] [15-3110]

**The following document(s) are associated with this transaction:**
Document Description: None

**Notice will be mailed to:**

Mr. Robert A. Morgan
P.O. BOX 72
Arnegard, ND  58835

**Notice will be electronically mailed to:**

Mr. Michael J. Haungs: appellate.taxcivil@usdoj.gov, Michael.J.Haungs@usdoj.gov
Mr. Gilbert Steven Rothenberg: appellate.taxcivil@usdoj.gov
Ms. Laurie Snyder: , Appellate.Taxcivil@usdoj.gov,laurie.a.snyder@usdoj.gov