_____

No: 15-3110
_____

Robert A. Morgan

Appellant

v.

Commissioner of Internal Revenue

Appellee

_____

Appeal from The United States Tax Court
(21778-14)
_____

**JUDGMENT**

Before GRUENDER, ARNOLD and SHEPHERD, Circuit Judges.

    This appeal from the United States Tax Court was submitted on the record and briefs of the parties.

    After consideration, it is hereby ordered and adjudged that the order of the Tax Court in this cause is affirmed in accordance with the opinion of this Court.

April 22, 2016

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans